IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GABRIEL PADILLA,** | No. 3:18-cv-01193-MO |
| Plaintiff, | ORDER |
| v. | |
| **FOREST CONSTRUCTION LLC** and **FERNANDO MIRANDA COLORES,** | |
| Defendants. | |

**MOSMAN, J.,**

Plaintiff accepted an offer of judgment from Defendants [17]. Judgment [19] was entered against Defendants and in favor of Plaintiff on March 12, 2019. The judgment permitted Plaintiff to file a petition for additional costs and attorney fees, to be determined by the court. Pursuant to the parties' Stipulated Motion for Attorney Fees and Costs [20], it is ordered and adjudged that Gabriel Padilla is awarded twenty-one thousand nine hundred and twenty-one dollars and fifty-five cents ($21,921.55) for attorney fees and costs.

DATED this 2d day of April, 2019

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge

1 – ORDER